UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:01-cr-329-T-23TGW

FERNANDO ARIAS
_____/

## **ORDER**

The defendant filed a "Motion and Prayer for Relief" seeking a further reduction in his sentence (Doc. 60). The United States filed an *in camera* response. Upon consideration, the defendant's motion is **DENIED**.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE